```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK          CIVIL ACTION
---------------------------------------X
LAWANA TAYLOR POWE                     No.: 1:23-cv-01763-VSB
                Plaintiff,
                                       AMENDED
                                       VERIFIED COMPLAINT
     -against-
                                       TRIAL BY JURY DEMANDED
REPUBLIC AIRWAYS ,INC.,

                Defendant.
----------------------------------------X
```

Plaintiff, by Michael N. David, her attorney, complaining of the defendant herein, alleges and respectfully shows to this Court, upon information and belief:

1. That the plaintiff is a citizen of the State of New York.

2. That the defendant, **REPUBLIC AIRWAYS ,INC. is a** corporation that was organized in and is a citizen of the State of Indiana.

3  That the amount in controversy between the parties, exclusive of interest and costs, exceeds the sum of $100,000.00.

4.  That this Court has jurisdiction over this matter pursuant to the provisions of 28 U.S.C. § 1332.

5.  That at all times hereinafter mentioned, the defendant, **REPUBLIC AIRWAYS, INC. was operating a certain airline**.

6. That at all times hereinafter mentioned, the defendant, **REPUBLIC AIRWAYS ,INC. was operating a flight between Jacksonville, Florida  and JFK Airport in New York City.**

7. That at all times hereinafter mentioned, the plaintiff **was a passenger assigned seat 5D on the aforesaid flight.**

8. That on or about the July 10, 2021 at or about 6:50 a.m., the plaintiff using all due care for her safety was caused to bump her head into a part of an overhead bin

adjacent and/or next to her seat that was improperly placed/designed.

9. That the defendant was negligent in the ownership, operation , maintenance and control of the aforesaid airplane.

10. That the aforesaid accident occurred through the fault, carelessness, recklessness and negligence of the defendant, its agents, servants and/or employees, without any negligence on the part of the plaintiff contributing thereto.

11. That by reason of the aforesaid accident, the plaintiff was caused to sustain great bodily injuries with accompanying pain, was rendered sick, sore, lame and disabled and some of the injuries may be permanent; suffered loss of enjoyment of life; was and may be prevented from attending her usual vocation; and was and may be compelled to expend monies and incur obligations for medical aid and attention in an endeavor to cure herself of her injuries.

12. This action falls within one or more of the exceptions set forth in C.P.L.R. 1602.

13. That solely by reason of the above, the plaintiff has sustained money damages in a sum which exceeds the jurisdictional limits of all lower Courts which would otherwise have jurisdiction.

**WHEREFORE,** the plaintiffs, demands judgment against the defendants in an amount to be determined upon trial of this action; together with interest from July 10, 2021, and with the costs and disbursements of the action.

> Yours etc.,
> /s/ Michael N. David
> MICHAEL N. DAVID
> Attorney for Plaintiff
> 14 Wall Street, 20th Floor
> New York, N.Y.  10005
> **(212)** 363-1997

**STATE OF NEW YORK  )**
                    **)  ss:**
**COUNTY OF NEW YORK )**

      I, the undersigned, an attorney admitted to practice in the Courts of New York State, affirm that the following statements are true, under the penalties of perjury.

      I am the attorney of record for the plaintiff in the within action.  I have read the foregoing Complaint and know the contents thereof.  The same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true.

      The reason this verification is made by me and not by the plaintiff is that he does not reside in the county wherein deponent maintains his office.

      The grounds of my belief as to all matters not stated upon my knowledge are as follows:  records in deponent's possession as well as conversation with plaintiff.

**Dated:**    **New York, New York**
              **April 20, 2023**                    **/s/ Michael N. David**
                                                    -------------------
                                                    **Michael N. David**